Edward (Ted) B Smith

August 18, 2022

The Honourable P. Kevin Castel
Senior United States District Judge

Dear Judge Castel:

My name is Edward (Ted) B Smith and I am writing to you on behalf of Rene Allard who will be sentenced by you on September 13th, 2022 after entering a guilty plea of one count of Drug Adulteration and Misbranding.

I have been an executive in Canadian horse racing throughout my 32 professional career years during which I rose to the position of President & Chief Executive Officer of Standardbred Canada, the national breeding, racing and licensing body for standardbred harness racing in Canada. Standardbred Canada is incorporated under the federal Animal Pedigree Act and reports to the federal Minister of Agriculture. As such, in my executive role, it is my belief that I am a decent evaluator of a moral person versus an immoral person.

After I retired in 2010 I would spend my winters in Southern Florida and that is where I met Rene Allard in 2017 when he was stabled beside a friend of mine at the South Florida Training Centre. As such, I have known Rene Allard for over five full years.

I would visit the Florida training centre on a daily basis, during my four month stays and had an opportunity to observe Rene Allard's training stable and staff. It became clear to me that Rene was an intelligent, hardworking, team oriented leader and a competent professional trainer. His staff loved to work for him and he rewarded them with good pay, regular staff barbecues, and kind praise for their work with his horses. I never saw or observed any horse being abused or mistreated. Rene loved his horses and instructed his staff to treat them with kindness and respect.

During my first winter, Rene's wife gave birth to their first born child, namely Leo. Rene was over the moon at becoming a Dad for the first time and was a proud and doting father. A couple of years later Rene's wife gave birth to their second child namely Charlie who is a girl. Fatherhood and parenthood sat well on Rene. He absolutely loves his children to the extent he had miniature ponies, donkeys, dogs, cats, and chickens around the stable for the entertainment of his children. It was like a petting zoo where his children learned to love animals.

Further, I observed Rene's kindness in financially assisting members of the racing industry who suffered difficult times. He would donate money to Go Fund Me accounts to assist racing fraternity and faithfully attended funerals if they passed away.

Now, with respect to Rene's guilty plea and your duty of sentencing to that plea. I am of the opinion that these charges and pleas are far out of character of the man, Rene Allard, whom I have grown to like and respect. I describe Rene Allard as a good, solid human being. I am not shy to describe him as a personal friend. He is a friend of mine and will continue to be so after his sentencing. I will proudly defend his name and reputation.

In my opinion, Rene has made an error in judgement for which he has admitted. It takes a good man to admit a mistake. I have a very high degree of certainty that he will not repeat this crime. As such, I ask you Judge Castel to consider the contents of this letter in your sentence and provide Rene Allard an opportunity to return to his wife and children as soon as possible. In closing, I maintain that Rene Allard is a Good Man who made an error. Please consider letting him rehabilitate sooner than later.

I thank the court for its time in reading and considering this letter.

Respectfully Submitted,

*Ted Smith*

Edward (Ted) B Smith